**Order entered February 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00081-CV

## IN RE JOHN DAVID PALMER, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-21-1521**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ CORY L. CARLYLE
   JUSTICE